# EXHIBIT B

# Statement

Borrelli & Associates, P.L.L.C.

1010 Northern Boulevard, Suite 328

Great Neck, NY 11021

| Date |
|---|
| 5/3/2017 |

| To: |
|---|
| Erika Scheiler |

| Amount Due | Amount Enc. |
|---|---|
| $416.24 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/01/2010 | Balance forward | | 0.00 |
| 04/30/2016 | INV #8499.<br>--- 4/21/16-DNB- Scheiler-Mailed ITS and Tolling agreement to counsel $6.67 $6.67 | 6.67 | 6.67 |
| 06/23/2016 | PMT #1124. | -6.67 | 0.00 |
| 10/31/2016 | INV #9394.<br>=== Reimb Group<br>---  S&C filing fee in Erika Shieler, v. Skanska U.S.A. Civil Inc., et al. EDNY $400 $400.00<br>--- 9.29.16- Travel for Filing docs for in Mineola regarding client Erika Schieler-  Total Mileage 16.4 X 57.5= $9.43 $9.43<br>=== Total Reimbursable Expenses $409.43 | 409.43 | 409.43 |
| 11/30/2016 | INV #9500.<br>--- 10/3/16 KAG-Erika Schieler-mailed WOS to opp counsel $1.56 $1.56 | 1.56 | 410.99 |
| 03/01/2017 | INV #9911.<br>--- Check Number 4687 payable to Neofitos Stefanides, MD PC for client medical records, check dated 2/10/17 $5.25 | 5.25 | 416.24 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 5.25 | 410.99 | $416.24 |