# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

June 21, 2017

*Via ECF Only*
The Honorable Peggy Kuo
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Schieler v. Skanska U.S.A. Civil Inc., et al.*, Case No. 16-cv-5370-PK

Dear Judge Kuo:

      We write on behalf of the parties in the above-referenced matter to submit the attached fully-executed settlement agreement and release, as indicated in our June 20, 2017 letter seeking approval of the same under *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015).  Consistent with the Court's order from earlier today, in the coming days we will submit billing records for the Court's assessment of the reasonableness of Plaintiff's counsel's request for attorneys' fees (as also described in June 20, 2017 letter).

      We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            Michael R. Minkoff, Esq.
              *For the Firm*

Copies:      Counsel for Defendants (*via* ECF)

Enclosure