UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ERIKA SCHIELER,

                  Plaintiff,

-against-

SKANSKA U.S.A. CIVIL INC., and
MICHAEL DI PAOLO, individually,

                  Defendants.
----------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**Index No. 16 Civ. 5370 (PK)**

The Court, having reviewed the Agreement and Release that the parties submitted in the above-captioned case, having considered applicable case law, having found the settlement amount and attorneys' fees fair and reasonable, it is ORDERED, ADJUDGED, and DECREED that:

1. The Agreement and Release between Plaintiff and Defendants (a) is fair to all parties; (b) reasonably resolves a bona fide dispute between the parties with regard to the merits of Plaintiff's claims; and (c) demonstrates a good faith intention by the parties that the Plaintiff's claims for liability and damages be fully and finally resolved and not re-litigated in whole or in part at any point in the future. The Agreement and Release is therefore APPROVED by the Court.

2. The lawsuit is DISMISSED WITH PREJUDICE in its entirety without fees or costs except as agreed to by the parties in the Agreement and Release.

| BORRELLI & ASSOCIATES, P.L.L.C. | BOND, SCHOENECK & KING, PLLC |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for the Defendants* |
| By: /s/ Michael Minkoff    6/27/17 | By: /s/ Mark N. Reinharz    6/26/17 |
| Michael Minkoff            Date | Mark N. Reinharz            Date |
| 655 Third Avenue, Suite 1821 | 1010 Franklin Avenue, Suite 200 |
| New York, New York 10017 | Garden City, New York 11530 |
| (212) 679-5000 | (516) 267-6320 |

**THE HONORABLE PEGGY KUO**

UNITED STATES MAGISTRATE JUDGE

*Peggy Kuo*

Dated: Brooklyn, New York

  *June 27*  , 2017